AO 247 (Rev. 11/11) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>Stacy Adam Ward | Case No: 09-00194<br>USM No: 10823-003 |
| Date of Original Judgment: April 27, 2010<br>Date of Previous Amended Judgment: January 14, 2013<br>*(Use Date of Last Amended Judgment if Any)* | Pro Se<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

The defendant has already received the benefits of the Fair Sentencing Act of 2010, as his sentence was reduced on June 6, 2012, pursuant to the amended Guidelines, from 188 months to 151 months.  (See. Doc. 56).  The fact that the defendant later received an additional reduction pursuant to a Rule 35 motion filed by the Government does not make him eligible for any further reduction under the amended Guidelines.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: August 20, 2013                    /s/ Callie V. S. Granade
                                               *Judge's signature*

Effective Date: _____                         United States District Judge
*(if different from order date)*               *Printed name and title*