Case 1:09-cr-00194-CG-B   Document 70   Filed 02/27/15   Page 1 of 1

AO 247 (Rev. 08/14) ALSD Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| STACY ADAM WARD ) | Case No: 09-00194-001 |
| ) | USM No: 10823-003 |
| Date of Original Judgment: 4-22-2010 ) | |
| Date of Previous Amended Judgment: 6-6-2012 ) | Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [✓] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 100 months **is reduced to** 79 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

Except as otherwise provided, all provisions of the judgment dated 4-22-2010 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 2-27-2015

Callie V.S. Granade
U.S. District Judge

*Judge's signature*

Effective Date: 11-1-2015
*(if different from order date)*

United States District Judge
*Printed name and title*